**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re:   TERRY LEE CATLETT AND | ) | Case No. 25-50359 |
| SUSAN LEE CATLETT | ) | |
| | ) | Chapter 11 (Voluntary) |
| Debtors and Debtors-in-Possession | ) | |

## AMENDED APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTORS AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

**COME NOW** Terry Lee Catlett and Susan Lee Catlett, the Debtors and Debtors-in-possession herein (hereinafter the "Debtor") by and through its undersigned counsel, and, pursuant to 11 U.S.C. § 327 and F.R.B.P. Rules 2014, 2016 and 5002, submit this AMENDED Application for Employment of the law firm W M Law and its members to represent the Debtors in their Chapter 11 bankruptcy proceedings. In support of this Application the Debtors represents the following:

1.      On October 10, 2025, Debtors filed a voluntary Petition for Chapter 11 relief. Pursuant to 11 U.S.C, §§ 1107 and 1108, the Debtors remain as Debtors-in-Possession.

2.      The Debtors are individuals residing in King City, MO.

3.      The Debtors require the services of legal counsel to represent them during these proceedings and desire to employ Wagoner Bankruptcy Group, P.C. d.b.a. W M Law, as Debtors' counsel. The services to be provided include providing the customary services required in representing a Chapter 11 Debtor-in-Possession, which include: preparation of the bankruptcy forms and schedules, attendance at the initial debtor interview, § 341 meeting and other court hearings, preparation of the Subchapter V Chapter 11 plan, client conferences, filing monthly operating reports, phone calls, emails, dealing with creditors, and resolving confirmation issues.

4.      Attorneys Ryan A. Blay, Jeffrey L. Wagoner, Errin P. Stowell, Ryan M. Graham, Bryan P. Cardwell, Megan M. Tiede and Chelsea Williamson and the other attorneys in the law firm of W M Law (hereinafter collectively referred to as "W M Law") are duly licensed and qualified attorneys who are, in the opinion of the Debtor, qualified to act as their counsel, and who have an office located at:  15095 West 116th Street, Olathe, Kansas 66062.

5.      W M Law has experience in matters of this character and its attorneys are well-qualified to act as attorneys for the Debtors. The Debtors have selected W M Law to be its counsel based of its expertise and knowledge of Bankruptcy procedures.

6.      W M Law is not connected in any manner with the Debtors, other than as Debtors' counsel, or with creditors or any other party in interest in this matter. The firm and its members are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtors or the Debtors'

estate on the matters upon which they are to be engaged and their employment would be in the best interest of the bankruptcy estate.

7.      W M Law has examined their client records and business records and have made a personal inquiry of the Debtors. They have determined that the attorneys and all the members of the firm do not hold or represent an interest adverse to the estate.

8.      W M Law understands the continuing duty to disclose any adverse interest and change in disinterestedness.

9.      W M Law understands that the court's approval of the application is not approval of any proposed terms of compensation and that under 11 U.S.C. § 328(a), the court may allow compensation on terms different from those proposed.

10.     W M Law has agreed to act as attorneys for the Debtors at hourly fees commensurate with their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who it is anticipated will work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $350.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, Errin P. Stowell | $300.00 |
| Attorney, Ryan M. Graham | $300.00 |
| Attorney, Chelsea Williamson | $300.00 |
| Attorney, Megan M. Tiede | $275.00 |
| Attorney, Bryan P. Cardwell | $275.00 |
| Attorney, Luke Trusdale | $250.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Sylvia Camacho | $175.00 |
| Paralegal, Michael Sandri | $175.00[1] |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses related to and incurred during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

11.  For entry in this Case, the W M Law has received from a retainer in the amount of $20,000, from the Debtors. The source of funds used for the retainer and filing fee were personal checks and cash from the Debtors.

12.     W M Law has not received any compensation for this Case to date other than the amount stated in this paragraph. Compensation for services rendered during the present Chapter 11 Case will be made in accordance with this application.  WM Law has earned a portion of those funds and used $2135 for

---

[1] Although the Engagement Letter with the Debtors specifies $350 per hour for attorney time, the Applicants acknowledge that this Court may object to all attorneys billing at the same hourly rate with different Chapter 11 experience.

pre-filing expenses and $1,738 of those funds to pay the Chapter 11 Filing Fee. The remaining balance
of $16127 is in trust, subject to court approval of fees.

13. W M Law affirms that compensation for the services rendered in this proceeding shall be subject to
the approval of the Court upon application by the attorneys for the Debtor.

14. Attorney Ryan Blay, Senior Partner at W M Law, on behalf of W M Law and the above-named
attorneys has executed and attached an Affidavit of Disinterestedness attesting to the foregoing and in
support of this Application.

**WHEREFORE**, the Debtors respectfully request this Court's order approving the employment
of Ryan A. Blay, and the other attorneys and staff in the firm of W M Law, on the basis set forth above
and for such other further relief as the Court deems equitable and proper.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>Dated: November 26, 2025</td><td>WM Law</td></tr>
</table>

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTORS/DEBTORS-IN-
POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Amended Application was served on
Wednesday, November 26, 2025 by providing an electronic copy to United States Trustee, and either
electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

**[See attached mailing matrix]**

/s/ Ryan A. Blay
Proposed Counsel for Debtors/Debtors-in-Possession

MOW 12/09

## NOTICE OFAPPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTORS AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

Any response to the motion must be filed with 21 days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court.  Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to [www.mow.uscourts.gov](http://www.mow.uscourts.gov) or call the Court's HELP line at 1-800-466-9302.

Label Matrix for local noticing
0866-5
Case 25-50359-can11
Western District of Missouri
St. Joseph
Thu Oct 23 10:45:42 CDT 2025

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Agriland FS, Inc.
c/o Attorney Eliot Markman
Hanley Corp Tower
101 S Hanley, Ste. 600
Saint Louis MO 63105-3435

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Express
PO Box 981537
El Paso TX 79998-1537

(p)ASCENDIUM EDUCATION SOLUTIONS INC
38 BUTTONWOOD COURT
MADISON WI 53718-2156

Attorney Alicia turner
601 Monroe St,
Ste. 301
PO Box 537
Jefferson City MO 65102-0537

Attorney Barbara Nilsen
1771 W Diehl Rd, Ste. 150
Naperville IL 60563-4947

Attorney Barbara Nilsen
775 Corporate Woods Parkway
Wilmette IL 60091-0000

Attorney Robert William Stephens
One Bank of America Plaza
800 Market St, Ste. 2100
Saint Louis MO 63101-2501

Attorney Scott Walterbach
2900 NE 60th St.
Ste. 150
Kansas City MO 64119-1895

Attorney Todd Alan Norris
10851 Mastin St,
Ste. 1000
Overland Park KS 66210-1687

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

(p)BALBOA CAPITAL CORPORATION
575 ANTON BOULEVARD
12H FLOOR
COSTA MESA CA 92626-7685

Bank of America
100 North Tryon St.
NC1-0007-19-26
Charlotte NC 28255-0001

Blitt & Gaines
707 N 2nd Street
Ste. 306
Saint Louis MO 63102-2535

Blue Bridge Financial, Inc.
11921 Freedom Dr.
Ste. 1130
Reston VA 20190-6225

Brian Robinson
PO Box 519
Columbia MO 65205-0519

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One Bank
PO Box 31293
Salt Lake City UT 84131-0293

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Citicards CBNA
5800 South Corporate Place
Sioux Falls SD 57108-5027

Credit One Bank
PO Box 98872
Las Vegas NV 89193-8872

Discover Card
PO Box 30939
Salt Lake City UT 84130-0939

Evans & Mullinix, PA
7225 Renner Road
Suite 200
Shawnee KS 66217-3046

FIRST PREMIER BANK
PO Box 1348
Sioux Falls SD 57101-1348

First Premier Bank
3820 N Louise Ave
Sioux Falls SD 57107-0145

GM FINANCIAL
PO BOX 181145
Arlington TX 76096-1145

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15298
Wilmington DE 19850-5298

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

JPMCB Card Services
PO Box 15369
Wilmington DE 19850-5369

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Landes Oil & LP Gas
32106 MO-6
Jamesport MO 64648-0000

MFA Oil Company
POB 843784
Kansas City MO 64184-3784

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Midland Credit Management
320 E Big Beaver Rd. Ste 300
Troy MI 48083-1271

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

National Funding Inc.
2900 NE 60th St., Ste. 150
Kansas City MO 64119-1895

National Funding, Inc
Robert Zahradka, Esq.
4380 La Jolla Village Drive
San Diego, CA 92122-1233

PWDS No 1 of DeKalb County
302 N Main St.
Clarksdale MO 64430-9013

PennyMac Loan Services LLC
Attn:  Correspondence Unit
PO Box 514387
Los Angeles CA 90051-4387

SYNCB/VENMO
PO BOX 71737
Philadelphia PA 19176-1737

Small Business Administration
Commercial Loan Service Center
Attention:  Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202-1794

Small Business Administration
PO Box 3918
Portland OR 97208-3918

Syncb/Paypal
PO Box 965005
Orlando FL 32896-5005

Syncb/Zulily
PO Box 71740
Philadelphia PA 19176-1740

THD/CBNA
5800 South Corporate Place
Sioux Falls SD 57108-5027

Terry Catlett Trucking LLC
6887 NW Sharp Road
King City MO 64463-0000

The University of Kansas
Hospital Authority
2330 Shawnee Mission Parkway
Westwood KS 66205-2005

(p)U S  ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

(p)U S  BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

United Fiber
1016 S Main St.
Maryville MO 64468-2636

United States SBA
District Counsel
220 West Douglas Ave.
Ste. 450
Wichita KS 67202-3137

University of Kansas
3901 Rainbow Blvd
attn: billing
Kansas City KS 66160-8500

Untied Electric Co-Op Inc.
401 US-71 Business
Savannah MO 64485-0000

Verizon Wireless
PO Box 650051
Dallas TX 75265-0051

Verizon Wireless Bankruptcy
500 Technology Drive, Ste. 550
Saint Charles MO 63304-2225

syncb/sam's
PO BOX 965005
Orlando FL 32896-5005

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

Susan Lee Catlett
6687 NW Sharp Rd
King City, MO 64463-9218

Terry Lee Catlett
6687 NW Sharp Rd
King City, MO 64463-9218

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascendium Education Solutions, Inc
PO Box 8961
Madison WI 53708-8961

Balboa Capital Corporation
575 Anton Blvd, 12th Floor
Costa Mesa CA 92626-0000

Caine & Weiner
PO Box 55848
Sherman Oaks CA 91411-0000

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

NEBRASKA FURNITURE MART
PO BOX 3456
Omaha NE 68103-0456

US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106-0000

US Bank
PO Box 108
Saint Louis MO 63166-0108

US Bank
PO Box 3447
Oshkosh WI 54903-3447

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients     68
Bypassed recipients      1
Total                   69

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:   TERRY LEE CATLETT AND            )   Case No. 25-50359
       SUSAN LEE CATLETT               )
                                       )   Chapter 11 (Voluntary)
     Debtors and Debtors-in-Possession   )

## AMENDED AFFIDAVIT OF DISINTERESTEDNESS IN SUPPORT OF AMENDED PPLICATION FOR EMPLOYMENT OF COUNSEL FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT

State of Kansas        )
               ) ss.
County of Johnson      )

    I, Ryan A. Blay, under oath and penalty of perjury hereby state the following:

1.    I am a senior partner with the law firm, Wagoner Bankruptcy Group, P.C., d.b.a W M Law, located at: 15095 West 116th St., Olathe, Kansas 66062, who employs attorneys, Chelsea Williamson, Jeffrey L. Wagoner, Ryan M. Graham, Errin P. Stowell, Bryan P. Cardwell, Megan M. Tiede, and Luke Trusdale, as well as myself and other paralegals/staff (hereinafter collectively "W M Law"), and who are all licensed to practice law before the before the United States Bankruptcy Court for the Western District of Missouri.

2.    This Affidavit is submitted in connection with W M Law's foregoing Application for Employment as Counsel on behalf of the above-captioned Debtors and Debtors-in-Possession, Terry Lee Catlett and Susan Lee Catlett.

3.    In preparing this Affidavit, I have reviewed and examined the Debtors' client records, business records, financial affairs, and have made a personal inquiry of the Debtors.  To the best of my knowledge, I have determined that W M Law has no relevant connection to the Debtors, other than as Debtors' counsel, nor any relevant connection to the Debtors' creditors, any party of interest, their respective attorneys and/or accountant, the United States Trustee (the "UST"), or any persons employed by the UST.

4.    W M Law is not a creditor, an equity security holder or an insider of Debtors, and is not and was not a director, officer, or employee of the Debtors. W M Law does not have an interest materially adverse to the interest of the bankruptcy estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

5.    W M Law is a disinterested party as defined in 11 U.S.C. § 101(14).

6.    The Debtors have requested, and W M Law has agreed, to engage in the representation of the

1

Debtors in this proceeding at hourly fees which commensurate their experience and the nature and complexity of this Case. The current hourly rates for the primary attorneys and paralegals who are anticipated to work on this Case are as follows:

| | |
|---|---|
| Attorney, Ryan A. Blay | $350.00 |
| Attorney, Jeffrey L. Wagoner | $300.00 |
| Attorney, Errin P. Stowell | $300.00 |
| Attorney, Ryan M. Graham | $300.00 |
| Attorney, Chelsea Williamson | $300.00 |
| Attorney, Megan M. Tiede | $250.00 |
| Attorney, Bryan P. Cardwell | $250.00 |
| Attorney, Luke Trusdale | $250.00 |
| Paralegal, Douglas Sisson | $175.00 |
| Paralegal, Ana Van Noy | $175.00 |
| Paralegal, Betsy Hayman | $175.00 |
| Paralegal, Rosana Tovalin | $175.00 |
| Paralegal, Sylvia Camacho | $175.00 |
| Paralegal, Michael Sandri | $175.00 |

W M Law will also require reimbursement for any reasonable and necessary out-of-pocket expenses it incurs during the pendency of this proceeding, which will be disclosed on future interim reports and fee applications, and subject to judicial approval of the same.

7.      After conflicts checks reasonable for the industry, it has been determined that W M Law does not and will not represent any such entity in connection with this Chapter 11 Case and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or the estate(s).

8.      In light of the foregoing, I believe that W M Law Firm does not hold or represent any interest materially adverse to the Debtors, the estate(s), creditors, or equity interest holders, as identified to W M Law, with respect to the matters in which W M Law will be engaged.

9.      Except as set forth herein, no promises have been received by W M Law or any partner, associate, or other professional thereof as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the District of Kansas, and orders of this Court.

10.     W M Law further states that it has not shared, nor agreed to share any compensation received in connection with this Case with another party or person, except as permitted by 11 U.S.C. § 504(b) and F.R.B.P. Rule 2016.

11.     The foregoing constitutes the statement of W M Law pursuant to 11 U.S.C. § 329 and § 504, and F.R.B.P. Rules 2014 and 2016(b).

2

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_Ryan Blay_                                          Dated: November 26, 2025

Ryan A. Blay, MO# KS-001066
Senior Partner
Wagoner Bankruptcy Group, P.C., d/b/a W M Law
15095 W. 116th St.
Olathe KS, 66062
blay@wagonergroup.com

Sworn to before on me this 26th day of November, 2025

_____                My commission expires: 03/29/28
Notary Public

ROSANA TOVALIN
Notary Public
State of Kansas
My Appt. Expires 3 / 29 / 20 28