**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re:    TERRY LEE CATLETT AND | ) | Case No. 25-50359 |
| SUSAN LEE CATLETT | ) | |
| | ) | Chapter 11 (Voluntary) |
| Debtors and Debtors-in-Possession | ) | |

**AMENDED INITIAL AND FINAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FROM OCTOBER 13, 2025 THROUGH JANUARY 22, 2026**

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Terry and Susan Catlett, the Debtors and Debtors-in-Possession herein (the "Debtors"), in the amount of $6,632.50 and reimbursement of expenses in the amount of $0 for a total amount of $6,632.50 incurred from October 13, 2025 through January 22, 2026, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code.  In support of this Application, WM Law respectfully states as follows:

**BACKGROUND**

1.      Debtors filed a voluntary petition under Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on October 10, 2025 (the "Petition Date").

2.      WM Law was employed under a general retainer to represent Debtors as bankruptcy counsel in connection with this Chapter 11 case.  On December 16, 2025, this Court entered an Agreed Order with the Office of the United States Trustee approving the Debtors' Application to Employ WM Law as Counsel. (Doc. #27).

3.      WM Law's representation of Debtors is upon the fee basis set forward in the engagement letter - at the rate of $350.00 per hour for services by WM Law's attorneys and $175 per hour for paralegals.

4.      As of the filing of this Application, WM Law is holding the remaining unapplied pre-filing balance of $16,127 in trust and would seek to apply this first to any fees and expenses approved under this motion.  The funds in trust would cover all of the requested payments under this application.

5.      All services for which compensation is requested by WM Law were performed for or on behalf of the Debtors and were necessary for the proper administration of the bankruptcy estate.

**SUMMARY OF SERVICES RENDERED**

6.      Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by

1

WM Law showing the total amount of $6,632.50 in attorney's fees and $0 in expenses for fees incurred from October 13, 2025 through January 22, 2026.  A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

## VALUATION OF SERVICES

7.      Attorneys and paraprofessionals of WM Law have expended a total of 22.4 hours in connection with this matter from October 13, 2025 through January 22, 2026 as fully set forth in the Summary Sheet attached hereto as **Exhibit C.**  The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from October 13, 2025 through January 22, 2026, in the amount of $6,632.50 in attorney's fees and $0 in expenses.

8.      In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

9.      No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

10.      The source of compensation sought is from the pre-petition retainer paid to counsel by the Debtors.

11.      The Debtors' Chapter 11 Plan of Reorganization has not yet been filed and it now appears unlikely the Debtors will be able to propose and obtain confirmation of a Plan.  The Debtors are contemplating a conversion to Chapter 7.

12.      The Debtors are current with Monthly Operating Reports through the report due for December 2025.

13.       WM Law certifies that it has provided a copy of this Application to Debtors for their review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from October 13, 2025 through January 22, 2026, in the amount of $6,632.50 in attorney's fees and $0 in expenses for a total amount of $6,632.50 attached hereto as Exhibit A, for his review.

**WHEREFORE**, WM Law seeks approval of legal fees in the amount of $6,632.50 in attorney's fees and $0 in expenses for a total amount of $6,632.50 incurred from October 13, 2025 through January

2

22, 2026, and authorization to apply first the funds held in trust, per 11 U.S.C.


Dated: February 3, 2026      Respectfully submitted,
                              WM Law

                              /s/ Ryan A. Blay
                              Ryan A. Blay, MO #KS001066; KS #28110
                              15095 W. 116th St.
                              Olathe, KS 66062
                              Phone (913) 422-0909 / Fax (913) 428-8549
                              blay@wagonergroup.com
                              ATTORNEYS FOR DEBTORS, TERRY AND SUSAN
                              CATLETT


## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.


## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

 **[See attached mailing matrix]**

                              s/ Ryan A. Blay

3

# Exhibit A

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 01/06/2026 | 10177 |
| **Terms** | **Service Through** |
| | 12/31/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 4.90 hrs |
| **Total Labor** | $1,645.00 |
| **Total Invoice Amount** | $1,645.00 |
| **Previous Balance** | $6,813.00 |
| **Balance (Amount Due)** | **$8,458.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2025 | Ryan Blay | review proofs of claim filed | 0.50 | $ 350.00/hr | $175.00 |
| 12/12/2025 | Ryan Blay | drafted form for Terry Catlett Trucking LLC- form B26 and sent to clients for signature and approval | 0.70 | $ 350.00/hr | $245.00 |
| 12/15/2025 | Ryan Blay | drafted proposed order resolving US Trustee concerns over amended fee application and e-mailed it to US Trustee for review | 0.60 | $ 350.00/hr | $210.00 |
| 12/17/2025 | Ryan Blay | e-mails with US Trustee regarding DIP account and proof of opening | 0.40 | $ 350.00/hr | $140.00 |
| 12/19/2025 | Ryan Blay | e-mails with client regarding October monthly operating report after reviewing bank statements | 0.80 | $ 350.00/hr | $280.00 |

# Exhibit A

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2025 | Ryan Blay | e-mails regarding Balboa Capital and 2020 trailers | 0.50 | $ 350.00/hr | $175.00 |
| 12/19/2025 | Ryan Blay | review October bank statements and e-mail clients re questions on income and expenses to incorporate into October MOR | 1.00 | $ 350.00/hr | $350.00 |
| 12/22/2025 | Rosana Tovalin | formatted and filed report for Terry Catlett Trucking as required by bankruptcy code | 0.40 | $ 175.00/hr | $70.00 |

| | |
|---|---|
| **Total Hours** | 4.90 hrs |
| **Total Labor** | $1,645.00 |
| **Total Amount** | $1,645.00 |

**Exhibit A**

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 12/04/2025 | 10176 |
| **Terms** | **Service Through** |
| | 11/30/2025 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 1.70 hrs |
| **Total Labor** | $595.00 |
| **Total Invoice Amount** | $595.00 |
| **Previous Balance** | $6,218.00 |
| **Balance (Amount Due)** | **$6,813.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/2025 | Ryan Blay | call with Susan re bank statements for MORs and question on insurance for camper | 0.50 | $ 350.00/hr | $175.00 |
| 11/26/2025 | Ryan Blay | Chapter 11 meeting of creditors by phone | 0.70 | $ 350.00/hr | $245.00 |
| 11/26/2025 | Ryan Blay | debriefing call and follow-ups regarding 341 meeting and next steps | 0.50 | $ 350.00/hr | $175.00 |

| | |
|---|---|
| **Total Hours** | 1.70 hrs |
| **Total Labor** | $595.00 |
| **Total Amount** | $595.00 |

Exhibit A

Exhibit A

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 11/03/2025 | 10170 |
| **Terms** | **Service Through** |
| | 10/31/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 6.70 hrs |
| **Total Labor** | $2,345.00 |
| **Total Invoice Amount** | $2,345.00 |
| **Previous Balance** | $3,873.00 |
| **Balance (Amount Due)** | **$6,218.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2025 | Ryan Blay | e-mail to Agriland counsel directing them to instruct clients not to repossess collateral due to automatic stay in effect | 0.50 | $ 350.00/hr | $175.00 |
| 10/14/2025 | Ryan Blay | e-mails with US Trustee and with clients about IDI time for Thursday 10/16 | 0.50 | $ 350.00/hr | $175.00 |
| 10/14/2025 | Ryan Blay | e-mail to Northland capital (LLC creditor) to advise about the Catletts individual bankruptcy filing | 0.30 | $ 350.00/hr | $105.00 |
| 10/16/2025 | Ryan Blay | e-mails with clients to prepare for today's initial debtor interview with US Trustee's office | 0.50 | $ 350.00/hr | $175.00 |
| 10/16/2025 | Ryan Blay | IDI phone call with clients - no show by US Trustee's office | 0.60 | $ 350.00/hr | $210.00 |

# Exhibit A

| 10/16/2025 | Ryan Blay | e-mails with US Trustee staff and clients about rescheduled IDI date | 0.60 | $ 350.00/hr | $210.00 |
|---|---|---|---|---|---|
| 10/22/2025 | Ryan Blay | Call with US Trustee for IDI | 1.00 | $ 350.00/hr | $350.00 |
| 10/22/2025 | Ryan Blay | drafted applicaton to employ WM Law | 0.50 | $ 350.00/hr | $175.00 |
| 10/28/2025 | Ryan Blay | call with clients to review balance of schedules and go over documents requested at IDI. prepared LR 2015 statements and remainder of schedules for e-signature. | 2.20 | $ 350.00/hr | $770.00 |

| | | |
|---|---|---|
| **Total Hours** | | 6.70 hrs |
| **Total Labor** | | $2,345.00 |
| **Total Amount** | | $2,345.00 |

# Exhibit A

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 01/22/2026 | 10182 |
| **Terms** | **Service Through** |
| | 01/22/2026 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 9.10 hrs |
| **Total Labor** | $2,047.50 |
| **Total Invoice Amount** | $2,047.50 |
| **Previous Balance** | $8,458.00 |
| **Balance (Amount Due)** | **$10,505.50** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/2026 | Ryan Blay | review e-mails from US Trustee regarding requested/missing information and discussions with client to follow up on same | 0.50 | $ 350.00/hr | $175.00 |
| 01/07/2026 | Rosana Tovalin | filed October 2025 MOR and formatted with bank statements | 1.00 | $ 175.00/hr | $175.00 |
| 01/09/2026 | Rosana Tovalin | review prior operating reports and prepare client follow-ups for missing operating reports per US Trustee inquiries | 1.50 | $ 175.00/hr | $262.50 |
| 01/12/2026 | Rosana Tovalin | Chapter 11 plan analysis with attorney Blay in preparation for discusions with clients | 1.50 | $ 175.00/hr | $262.50 |
| 01/15/2026 | Ryan Blay | draft November and December monthly operating reports | 1.30 | $ 350.00/hr | $455.00 |

Exhibit A

| 01/19/2026 | Ryan Blay | call with clients regarding proceeding in Chapter 11 vs conversion | 0.40 | $ 350.00/hr | $140.00 |
| 01/19/2026 | Rosana Tovalin | completed formatting of operating reports and bank statements; filed November and December Monthly Operating Reports | 2.50 | $ 175.00/hr | $437.50 |
| 01/19/2026 | Ryan Blay | e-mail to US Trustee with monthly operating reports and to discuss anticipated conversion | 0.40 | $ 350.00/hr | $140.00 |

| | |
|---|---|
| **Total Hours** | 9.10 hrs |
| **Total Labor** | $2,047.50 |
| **Total Amount** | $2,047.50 |

**Exhibit A**

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 01/06/2026 | 10177 |
| **Terms** | **Service Through** |
| | 12/31/2025 |

### Billing Summary

| | |
|---|---|
| **Total Hours** | 4.90 hrs |
| **Total Labor** | $1,645.00 |
| **Total Invoice Amount** | $1,645.00 |
| **Previous Balance** | $6,813.00 |
| **Balance (Amount Due)** | **$8,458.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2025 | Ryan Blay | review proofs of claim filed | 0.50 | $ 350.00/hr | $175.00 |
| 12/12/2025 | Ryan Blay | drafted form for Terry Catlett Trucking LLC- form B26 and sent to clients for signature and approval | 0.70 | $ 350.00/hr | $245.00 |
| 12/15/2025 | Ryan Blay | drafted proposed order resolving US Trustee concerns over amended fee application and e-mailed it to US Trustee for review | 0.60 | $ 350.00/hr | $210.00 |
| 12/17/2025 | Ryan Blay | e-mails with US Trustee regarding DIP account and proof of opening | 0.40 | $ 350.00/hr | $140.00 |
| 12/19/2025 | Ryan Blay | e-mails with client regarding October monthly operating report after reviewing bank statements | 0.80 | $ 350.00/hr | $280.00 |

# Exhibit A

| 12/19/2025 | Ryan Blay | e-mails regarding Balboa Capital and 2020 trailers | 0.50 | $ 350.00/hr | $175.00 |
| 12/19/2025 | Ryan Blay | review October bank statements and e-mail clients re questions on income and expenses to incorporate into October MOR | 1.00 | $ 350.00/hr | $350.00 |
| 12/22/2025 | Rosana Tovalin | formatted and filed report for Terry Catlett Trucking as required by bankruptcy code | 0.40 | $ 175.00/hr | $70.00 |

|  | **Total Hours** | 4.90 hrs |
|---|---|---|
|  | **Total Labor** | $1,645.00 |
|  | **Total Amount** | $1,645.00 |

Case 25-50359-can11   Doc 35-1   Filed 02/03/26   Entered 02/03/26 13:03:40   Desc

| 12/19/2025 | Ryan Blay | e-mails regarding Balboa Capital and 2020 trailers | 0.50 | $ 350.00/hr | $175.00 |
| 12/19/2025 | Ryan Blay | review October bank statements and e-mail clients re questions on income and expenses to incorporate into October MOR | 1.00 | $ 350.00/hr | $350.00 |

Exhibit A

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 12/04/2025 | 10176 |
| **Terms** | **Service Through** |
| | 11/30/2025 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 1.70 hrs |
| **Total Labor** | $595.00 |
| **Total Invoice Amount** | $595.00 |
| **Previous Balance** | $6,218.00 |
| **Balance (Amount Due)** | **$6,813.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/2025 | Ryan Blay | call with Susan re bank statements for MORs and question on insurance for camper | 0.50 | $ 350.00/hr | $175.00 |
| 11/26/2025 | Ryan Blay | Chapter 11 meeting of creditors by phone | 0.70 | $ 350.00/hr | $245.00 |
| 11/26/2025 | Ryan Blay | debriefing call and follow-ups regarding 341 meeting and next steps | 0.50 | $ 350.00/hr | $175.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.70 hrs |
| **Total Labor** | $595.00 |
| **Total Amount** | $595.00 |

Exhibit A

**Exhibit A**

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 11/03/2025 | 10170 |
| **Terms** | **Service Through** |
| | 10/31/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 6.70 hrs |
| **Total Labor** | $2,345.00 |
| **Total Invoice Amount** | $2,345.00 |
| **Previous Balance** | $3,873.00 |
| **Balance (Amount Due)** | **$6,218.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2025 | Ryan Blay | e-mail to Agriland counsel directing them to instruct clients not to repossess collateral due to automatic stay in effect | 0.50 | $ 350.00/hr | $175.00 |
| 10/14/2025 | Ryan Blay | e-mails with US Trustee and with clients about IDI time for Thursday 10/16 | 0.50 | $ 350.00/hr | $175.00 |
| 10/14/2025 | Ryan Blay | e-mail to Northland capital (LLC creditor) to advise about the Catletts individual bankruptcy filing | 0.30 | $ 350.00/hr | $105.00 |
| 10/16/2025 | Ryan Blay | e-mails with clients to prepare for today's initial debtor interview with US Trustee's office | 0.50 | $ 350.00/hr | $175.00 |
| 10/16/2025 | Ryan Blay | IDI phone call with clients - no show by US Trustee's office | 0.60 | $ 350.00/hr | $210.00 |

Exhibit A

| 10/16/2025 | Ryan Blay | e-mails with US Trustee staff and clients about rescheduled IDI date | 0.60 | $ 350.00/hr | $210.00 |
| 10/22/2025 | Ryan Blay | Call with US Trustee for IDI | 1.00 | $ 350.00/hr | $350.00 |
| 10/22/2025 | Ryan Blay | drafted applicaton to employ WM Law | 0.50 | $ 350.00/hr | $175.00 |
| 10/28/2025 | Ryan Blay | call with clients to review balance of schedules and go over documents requested at IDI. prepared LR 2015 statements and remainder of schedules for e-signature. | 2.20 | $ 350.00/hr | $770.00 |

|  |  |
| --- | --- |
| **Total Hours** | 6.70 hrs |
| **Total Labor** | $2,345.00 |
| **Total Amount** | $2,345.00 |


**Exhibit A**

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 10/01/2025 | 10161 |
| **Terms** | **Service Through** |
| | 09/30/2025 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 1.20 hrs |
| **Total Labor** | $420.00 |
| **Total Invoice Amount** | $420.00 |
| **Previous Balance** | $1,102.50 |
| **Balance (Amount Due)** | **$1,522.50** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/2025 | Ryan Blay | meeting with clients to update schedules, accept credit counseling and 2022 tax returns, discuss timing of filing | 0.70 | $ 350.00/hr | $245.00 |
| 09/24/2025 | Ryan Blay | correspondence with clients about switching case to Chapter 7 | 0.50 | $ 350.00/hr | $175.00 |

| | |
|---|---|
| **Total Hours** | 1.20 hrs |
| **Total Labor** | $420.00 |
| **Total Amount** | $420.00 |

Exhibit A

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

The Debtors have appeared at their Section 341 Meeting of Creditors, which has been concluded.

The Debtors are current on monthly operating reports through December 2025 and have no other pending issues with the Court.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 17 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 15.5 hours of time, from October 13, 2025 through January 22, 2026, working on every aspect of the case from start to the present.

Rosana Tovalin, Paralegal.

Ms. Tovalin has over 6 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  She spent 6.9 hours of billable time from October 13, 2025 through January 22, 2026