**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 08/29/2025 | 10154 |
| **Terms** | **Service Through** |
| | 08/29/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 3.30 hrs |
| **Total Labor** | $1,102.50 |
| **Total Invoice Amount** | $1,102.50 |
| **Previous Balance** | $0.00 |
| **Balance (Amount Due)** | **$1,102.50** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/18/2025 | Ryan Blay | client meeting to prepare for Chapter 11 filing and go over needed documents. Access credit reports and identify ongoing litigation | 1.50 | $ 350.00/hr | $525.00 |
| 08/18/2025 | Ryan Blay | begin workup by imputting creditors and judgments | 1.50 | $ 350.00/hr | $525.00 |
| 08/26/2025 | WM Law Paralegal | Called through rep on behalf of progressive insurance for a bill owed by the trucking business. Request for case number upon filing | 0.30 | $ 175.00/hr | $52.50 |

| | | |
|---|---|---|
| | **Total Hours** | 3.30 hrs |
| | **Total Labor** | $1,102.50 |

EXHIBIT A

**Total Amount** $1,102.50

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 10/01/2025 | 10161 |
| **Terms** | **Service Through** |
| | 09/30/2025 |

### Billing Summary

| | |
|---|---|
| **Total Hours** | 1.20 hrs |
| **Total Labor** | $420.00 |
| **Total Invoice Amount** | $420.00 |
| **Previous Balance** | $1,102.50 |
| **Balance (Amount Due)** | **$1,522.50** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/2025 | Ryan Blay | meeting with clients to update schedules, accept credit counseling and 2022 tax returns, discuss timing of filing | 0.70 | $ 350.00/hr | $245.00 |
| 09/24/2025 | Ryan Blay | correspondence with clients about switching case to Chapter 7 | 0.50 | $ 350.00/hr | $175.00 |
| | | | **Total Hours** | | 1.20 hrs |
| | | | **Total Labor** | | $420.00 |
| | | | **Total Amount** | | $420.00 |

EXHIBIT A



**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com

**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 10/10/2025 | 10164 |
| **Terms** | **Service Through** |
| | 10/10/2025 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 2.00 hrs |
| **Total Labor** | $612.50 |
| **Total Invoice Amount** | $612.50 |
| **Previous Balance** | $1,522.50 |
| **Balance (Amount Due)** | **$0.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/09/2025 | Ryan Blay | draft final copy of schedules for client review. identify final questions to answer | 1.50 | $ 350.00/hr | $525.00 |
| 10/10/2025 | WM Law Paralegal | prepare case for chapter 11 filing | 0.50 | $ 175.00/hr | $87.50 |

| | | |
|---|---|---|
| **Total Hours** | | 2.00 hrs |
| **Total Labor** | | $612.50 |
| **Total Amount** | | $612.50 |

EXHIBIT A

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 10/10/2025 | 10165 |
| **Terms** | **Service Through** |
| | 10/10/2025 |

## Billing Summary

| | |
|---|---|
| **Total Expenses** | $1,738.00 |
| **Total Invoice Amount** | $1,738.00 |
| **Previous Balance** | $1,522.50 |
| **Balance (Amount Due)** | **$0.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Expenses**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 10/10/2025 | Ryan Blay | Chapter 11 filing fee | $1,738.00 |

| | |
|---|---|
| **Total Hours** | 0.00 hrs |
| **Total Expenses** | $1,738.00 |
| **Total Amount** | $1,738.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 11/03/2025 | 10170 |
| **Terms** | **Service Through** |
| | 10/31/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 6.70 hrs |
| **Total Labor** | $2,345.00 |
| **Total Invoice Amount** | $2,345.00 |
| **Previous Balance** | $0.00 |
| **Balance (Amount Due)** | **$2,345.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2025 | Ryan Blay | e-mail to Agriland counsel directing them to instruct clients not to repossess collateral due to automatic stay in effect | 0.50 | $ 350.00/hr | $175.00 |
| 10/14/2025 | Ryan Blay | e-mails with US Trustee and with clients about IDI time for Thursday 10/16 | 0.50 | $ 350.00/hr | $175.00 |
| 10/14/2025 | Ryan Blay | e-mail to Northland capital (LLC creditor) to advise about the Catletts individual bankruptcy filing | 0.30 | $ 350.00/hr | $105.00 |
| 10/16/2025 | Ryan Blay | e-mails with clients to prepare for today's initial debtor interview with US Trustee's office | 0.50 | $ 350.00/hr | $175.00 |
| 10/16/2025 | Ryan Blay | IDI phone call with clients - no show by US Trustee's office | 0.60 | $ 350.00/hr | $210.00 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 10/16/2025 | Ryan Blay | e-mails with US Trustee staff and clients about rescheduled IDI date | 0.60 | $ 350.00/hr | $210.00 |
| 10/22/2025 | Ryan Blay | Call with US Trustee for IDI | 1.00 | $ 350.00/hr | $350.00 |
| 10/22/2025 | Ryan Blay | drafted applicaton to employ WM Law | 0.50 | $ 350.00/hr | $175.00 |
| 10/28/2025 | Ryan Blay | call with clients to review balance of schedules and go over documents requested at IDI. prepared LR 2015 statements and remainder of schedules for e-signature. | 2.20 | $ 350.00/hr | $770.00 |

| | |
|---|---|
| **Total Hours** | 6.70 hrs |
| **Total Labor** | $2,345.00 |
| **Total Amount** | $2,345.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 12/04/2025 | 10176 |
| **Terms** | **Service Through** |
| | 11/30/2025 |

### Billing Summary

| | |
|---|---|
| **Total Hours** | 1.70 hrs |
| **Total Labor** | $595.00 |
| **Total Invoice Amount** | $595.00 |
| **Previous Balance** | $2,345.00 |
| **Balance (Amount Due)** | **$2,940.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/2025 | Ryan Blay | call with Susan re bank statements for MORs and question on insurance for camper | 0.50 | $ 350.00/hr | $175.00 |
| 11/26/2025 | Ryan Blay | Chapter 11 meeting of creditors by phone | 0.70 | $ 350.00/hr | $245.00 |
| 11/26/2025 | Ryan Blay | debriefing call and follow-ups regarding 341 meeting and next steps | 0.50 | $ 350.00/hr | $175.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.70 hrs |
| **Total Labor** | $595.00 |
| **Total Amount** | $595.00 |

EXHIBIT A

EXHIBIT A

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 01/06/2026 | 10177 |
| **Terms** | **Service Through** |
| | 12/31/2025 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 4.90 hrs |
| **Total Labor** | $1,645.00 |
| **Total Invoice Amount** | $1,645.00 |
| **Previous Balance** | $2,940.00 |
| **Balance (Amount Due)** | **$4,585.00** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2025 | Ryan Blay | review proofs of claim filed | 0.50 | $ 350.00/hr | $175.00 |
| 12/12/2025 | Ryan Blay | drafted form for Terry Catlett Trucking LLC- form B26 and sent to clients for signature and approval | 0.70 | $ 350.00/hr | $245.00 |
| 12/15/2025 | Ryan Blay | drafted proposed order resolving US Trustee concerns over amended fee application and e-mailed it to US Trustee for review | 0.60 | $ 350.00/hr | $210.00 |
| 12/17/2025 | Ryan Blay | e-mails with US Trustee regarding DIP account and proof of opening | 0.40 | $ 350.00/hr | $140.00 |
| 12/19/2025 | Ryan Blay | e-mails with client regarding October monthly operating report after reviewing bank statements | 0.80 | $ 350.00/hr | $280.00 |

EXHIBIT A

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2025 | Ryan Blay | e-mails regarding Balboa Capital and 2020 trailers | 0.50 | $ 350.00/hr | $175.00 |
| 12/19/2025 | Ryan Blay | review October bank statements and e-mail clients re questions on income and expenses to incorporate into October MOR | 1.00 | $ 350.00/hr | $350.00 |
| 12/22/2025 | WM Law Paralegal | formatted and filed report for Terry Catlett Trucking as required by bankruptcy code | 0.40 | $ 175.00/hr | $70.00 |

|  |  |
|---|---|
| **Total Hours** | 4.90 hrs |
| **Total Labor** | $1,645.00 |
| **Total Amount** | $1,645.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Terry & Susan Catlett**
6687 NW Sharp Rd
King City, MO 64463
Phone: 816-284-2157 (Terry)
Email: catletttrucking@yahoo.com

| Invoice Date | Invoice Number |
|---|---|
| 01/22/2026 | 10182 |
| **Terms** | **Service Through** |
| | 01/22/2026 |

## Billing Summary

| | |
|---|---|
| **Total Hours** | 9.10 hrs |
| **Total Labor** | $2,047.50 |
| **Total Invoice Amount** | $2,047.50 |
| **Previous Balance** | $4,585.00 |
| **Balance (Amount Due)** | **$6,632.50** |

**In Reference To: Terry & Susan Catlett M11**

**Chapter 11. possible Sub V.**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/2026 | Ryan Blay | review e-mails from US Trustee regarding requested/missing information and discussions with client to follow up on same | 0.50 | $ 350.00/hr | $175.00 |
| 01/07/2026 | WM Law Paralegal | filed October 2025 MOR and formatted with bank statements | 1.00 | $ 175.00/hr | $175.00 |
| 01/09/2026 | WM Law Paralegal | review prior operating reports and prepare client follow-ups for missing operating reports per US Trustee inquiries | 1.50 | $ 175.00/hr | $262.50 |
| 01/12/2026 | WM Law Paralegal | Chapter 11 plan analysis with attorney Blay in preparation for discussions with clients | 1.50 | $ 175.00/hr | $262.50 |
| 01/15/2026 | Ryan Blay | draft November and December monthly operating reports | 1.30 | $ 350.00/hr | $455.00 |

EXHIBIT A

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/19/2026 | Ryan Blay | call with clients regarding proceeding in Chapter 11 vs conversion | 0.40 | $ 350.00/hr | $140.00 |
| 01/19/2026 | WM Law Paralegal | completed formatting of operating reports and bank statements; filed November and December Monthly Operating Reports | 2.50 | $ 175.00/hr | $437.50 |
| 01/19/2026 | Ryan Blay | e-mail to US Trustee with monthly operating reports and to discuss anticipated conversion | 0.40 | $ 350.00/hr | $140.00 |

|  |  |
|---|---|
| **Total Hours** | 9.10 hrs |
| **Total Labor** | $2,047.50 |
| **Total Amount** | $2,047.50 |



Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

February 9, 2026

**Re:**

Dear Terry & Susan:

Legal Services Regarding Chapter 11

I hope this letter finds you well.  Thank you again for choosing our firm to represent and assist in your legal matters.  Enclosed please find a copy of your billing statement and table outlining the work performed on your case for the periods noted above.  We very much appreciate timely payment within thirty (30) days of this statement.

**Payment Methods:**

1) Payments can be mailed to W M Law, 15095 W 116th St, Olathe, KS. 66062
2) We accept payments via cash/check/money-order/ACH withdrawal for no additional fee.
3) For your convenience, we also accept payments via credit/debit cards, and electronically through the LawPay at: https://secure.lawpay.com/pages/w-m-law/operating.
   *PLEASE NOTE:  payments made through LawPay via credit/debit card or electronically are subject to a **3.0% payment processing fee** charged by LawPay for any Court Filing fees. This fee applies regardless if payment is made in-person, online, or over the phone.

Please call should you have any questions or concerns regarding the foregoing – (913) 422-0909. Thank you.

WM Law

Pilar Perez-Wagoner
Accounts Receivable Manager
pilarperez@wagonergroup.com

**Account Summary & Payment History**

| Date / Month Billed | Description | Payment Method | Amounts |
|---|---|---|---|
| 8/18/25 | **Initial Retainer –Check 1053 deposited into our Client's Trust Account** | *Check 1053* | **-$10,000** |
| 10/8/25 | **Initial Retainer- CASH deposited into our Client's Trust Account today** | | **-$10,000** |
| 10/10/25 | **Check written from Trust account to transfer payment for Pre-Filing Fees &** | | **$3,873.00** |

WM Law

EXHIBIT A  KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM



# WM Law

*Here to Help.*

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

| | Court Filing Fees | | |
|---|---|---|---|
| | | **Current Balance:** | **($16,127.00)** |

## Outline of Work Performed

| Date | Staff | Desc | Detail | Hours | Rate | Line Total |
|---|---|---|---|---|---|---|
| 8/18/25 | PW | Retainer | Check 1053 is deposited into the Client's Trust Account today | | | -$10,000 |
| 8/30/25 | PW | Invoice 10154 | Invoice for the month of August 2025 | | | $1,102.50 |
| 9/30/25 | PW | Invoice 10161 | Invoice for the month of September 2025 | | | $420.00 |
| 10/8/25 | SC | Retainer | Cash deposited into Trust account today | | | -$10,000 |
| 10/10/25 | PW | Invoice 10164 | Pre-filing attorney  fees invoice for October 2025 | | | $612.50 |
| 10/10/25 | PW | Invoice 10165 | Court Filing Fees | | | $1,738.00 |
| 10/10/25 | PW | | Check written from Trust for $3,873 to pay pre-filing attorney fees and court filing fees | | | 0 |
| | | | | | | |
| | | | | | | ($16,127.00) |

Note: Payment due thirty (30) days from date of this invoice.

**Hourly-Billing Terms & Notes:**
- You have paid an initial retainer fee of $10,000.00 to be applied to hourly time spent on your case.  If that retainer fee is used, and additional time is spent on your case, you will be notified and an additional bill for fees will be sent.  If the work is completed without exhausting the retainer, any unused retainer will be refunded to you.
- You, the client, have agreed to engage WM Law firm for legal representation in your case.  An attorney will supervise all work performed on your case.  You will be billed at an hourly rate of:
   o $350.00 per hour for all work performed on your case by an Attorney; and
   o $175.00 per hour for all work performed on your case by Paralegals, Law-Clerks, and Legal Assistants.
- You have agreed to pay the outstanding balance listed within **30 days** of the date of each monthly billing statement, as applicable.  You will not receive an invoice if your case does not require any work for a month.

EXHIBIT A



KANSAS CITY'S PREMIERE ESTATE PLANNING & BANKRUPTCY FIRM

Attorneys at Law • Phone: (913) 422-0909 • FAX: (913) 428-8549 • 15095 West 116th Street • Olathe, KS 66062
www.KansasCityBankruptcy.com • www.KansasCityEstatePlanner.com

- If required payments are not made in a timely manner, work will cease on your case, and we reserve the right to take legal action to collect amounts due under this agreement, including reasonable costs of collection.