## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI
## SAINT JOSEPH DIVISION

IN RE:

Terry Lee Catlett and Susan Lee Catlett,

Debtors.

Bankruptcy Case No.: 25-50359-can11

Chapter: 13

## ORDER GRANTING IN PART THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND DENYING IN PART THE MOTION FOR ADEQUATE PROTECTION PAYMENTS

Cause coming before the Court on the Motion for Relief from the Automatic Stay or, in the alternative, for Adequate Protection Payments of Blue Bridge Financial, Inc. ("Blue Bridge") with respect to a 2010 Freightliner Cascadia 125; VIN: 1FUJGLDRXASAR04639 and a 2003 Peterbilt 379; VIN: 1XP5D49X13D595017 ("the Collateral"), no objection having been filed prior to the deadline to object and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the automatic stay with respect to the Collateral be and hereby is terminated;

IT IS FURTHER ORDERED that the application of the Federal Rule of Bankruptcy Procedure 4001(a)(4) fourteen day stay be and hereby is waived; and

IT IS FURTHER ORDERED that all other relief requested in the Motion be and hereby is denied.

Dated:  February 27, 2026

__/s/ Cynthia A. Norton_____
Honorable Cynthia A. Norton
United States Bankruptcy Judge

1

Prepared by:

/s/ Evan Lincoln Moscov
Evan Lincoln Moscov
Missouri Bar No. 64415
P.O. Box. 8305
Waukegan, IL 60079
312.969.1977
evan.moscov@moscovlaw.com