UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

**In re:**

**Terry Lee Catlett and Susan Lee Catlett,**          **Case No.  25-50359-can11**
                                                                                      **Chapter 11**

**Debtors**

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on February 27, 2026 the Order Granting

the Motion for Relief from Stay was electronically filed via CM/ECF and served on the

Debtors at the following address:

Terry Lee Catlett, 6687 NW Sharp Rd, King City, MO 64463

Susan Lee Catlett, 6687 NW Sharp Rd, King City, MO 64463


/s/ Evan Lincoln Moscov
Evan Lincoln Moscov
Missouri Bar No. 64415
P.O. Box 8305
Waukegan, IL 60079
312.969.1977
evan.moscov@moscovlaw.com