**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In re:   TERRY LEE CATLETT | ) | Case No. 25-50359 |
| SUSAN LEE CATLETT | ) | |
| | ) | Chapter 11 (Voluntary), Subchapter V |
| Debtors and Debtors-in-Possession | ) | |

**DEBTORS'  MOTION FOR VOLUNTARY CONVERSION OF CHAPTER 11**
**CASE TO CHAPTER 7 CASE UNDER SECTION 1112**

COME NOW Debtors Terry and Susan Catlett (the "Debtors"), by and through Counsel, and for their Motion to Convert their Chapter 11 Case to Chapter 7, state as follows:

1.   Debtors filed a petition for relief under Chapter 11 of the Bankruptcy Code on October 10, 2025.

2.   Debtors no longer believe they can obtain a confirmed Chapter 11 plan.

3.   Debtors are qualified to file for relief under Chapter 7 of the Bankruptcy Code.

4.   The conversion to Chapter 7 is being made in good faith.  The Debtors are eligible for conversion because they are the debtors in possession, the case was not filed as an involuntary petition, and the case was not converted previously to Chapter 11.

5.   The Debtors are not farmers and are not "a corporation that is moneyed, business, or commercial operation".

6.   It is in the best interest of the creditors of the Debtors that the case be converted.

WHEREFORE, Debtors respectfully request this Court enter an Order converting their Chapter 11 case to Chapter 7, and for any other relief appropriate and just.

Dated: March 16, 2026

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTORS/DEBTORS-IN-POSSESSION

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov .  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court.  Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was served on Monday, March 16, 2026 by providing an electronic copy to United States Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest listed below.

**[See attached mailing matrix]**

/s/ Ryan A. Blay
Counsel for Debtors/Debtors-in-Possession

Label Matrix for local noticing
0866-5
Case 25-50359-can11
Western District of Missouri
St. Joseph
Thu Oct 23 10:45:42 CDT 2025

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Trustee
Room 3440
400 East 9th Street
Kansas City, MO 64106-2625

Agriland FS, Inc.
c/o Attorney Eliot Markman
Hanley Corp Tower
101 S Hanley, Ste. 600
Saint Louis MO 63105-3435

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Bloomington MN 55438-0901

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

American Express
PO Box 981537
El Paso TX 79998-1537

(p)ASCENDIUM EDUCATION SOLUTIONS INC
38 BUTTONWOOD COURT
MADISON WI 53718-2156

Attorney Alicia turner
601 Monroe St,
Ste. 301
PO Box 537
Jefferson City MO 65102-0537

Attorney Barbara Nilsen
1771 W Diehl Rd, Ste. 150
Naperville IL 60563-4947

Attorney Barbara Nilsen
775 Corporate Woods Parkway
Wilmette IL 60091-0000

Attorney Robert William Stephens
One Bank of America Plaza
800 Market St, Ste. 2100
Saint Louis MO 63101-2501

Attorney Scott Walterbach
2900 NE 60th St.
Ste. 150
Kansas City MO 64119-1895

Attorney Todd Alan Norris
10851 Mastin St,
Ste. 1000
Overland Park KS 66210-1687

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

(p)BALBOA CAPITAL CORPORATION
575 ANTON BOULEVARD
12H FLOOR
COSTA MESA CA 92626-7685

Bank of America
100 North Tryon St.
NC1-0007-19-26
Charlotte NC 28255-0001

Blitt & Gaines
707 N 2nd Street
Ste. 306
Saint Louis MO 63102-2535

Blue Bridge Financial, Inc.
11921 Freedom Dr.
Ste. 1130
Reston VA 20190-6225

Brian Robinson
PO Box 519
Columbia MO 65205-0519

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Capital One
PO Box 31293
Salt Lake City UT 84131-0293

Capital One Bank
PO Box 31293
Salt Lake City UT 84131-0293

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Citicards CBNA
5800 South Corporate Place
Sioux Falls SD 57108-5027

Credit One Bank
PO Box 98872
Las Vegas NV 89193-8872

Discover Card
PO Box 30939
Salt Lake City UT 84130-0939

Evans & Mullinix, PA
7225 Renner Road
Suite 200
Shawnee KS 66217-3046

FIRST PREMIER BANK
PO Box 1348
Sioux Falls SD 57101-1348

First Premier Bank
3820 N Louise Ave
Sioux Falls SD 57107-0145

GM FINANCIAL
PO BOX 181145
Arlington TX 76096-1145

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15298
Wilmington DE 19850-5298

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

JPMCB Card Services
PO Box 15369
Wilmington DE 19850-5369

Kansas Department of Revenue
PO Box 12005
Topeka KS 66612-2005

Landes Oil & LP Gas
32106 MO-6
Jamesport MO 64648-0000

MFA Oil Company
POB 843784
Kansas City MO 64184-3784

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Midland Credit Management
320 E Big Beaver Rd. Ste 300
Troy MI 48083-1271

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Missouri Dept. of Revenue
Insolvency Unit
PO Box 475
Jefferson City MO 65105-0475

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

National Funding Inc.
2900 NE 60th St., Ste. 150
Kansas City MO 64119-1895

National Funding, Inc
Robert Zahradka, Esq.
4380 La Jolla Village Drive
San Diego, CA 92122-1233

PWDS No 1 of DeKalb County
302 N Main St.
Clarksdale MO 64430-9013

PennyMac Loan Services LLC
Attn: Correspondence Unit
PO Box 514387
Los Angeles CA 90051-4387

SYNCB/VENMO
PO BOX 71737
Philadelphia PA 19176-1737

Small Business Administration
Commercial Loan Service Center
Attention: Purchase Unit
2120 Riverfront Dr. Suite 100
Little Rock AR 72202-1794

Small Business Administration
PO Box 3918
Portland OR 97208-3918

Syncb/Paypal
PO Box 965005
Orlando FL 32896-5005

Syncb/Zulily
PO Box 71740
Philadelphia PA 19176-1740

THD/CBNA
5800 South Corporate Place
Sioux Falls SD 57108-5027

Terry Catlett Trucking LLC
6887 NW Sharp Road
King City MO 64463-0000

The University of Kansas
Hospital Authority
2330 Shawnee Mission Parkway
Westwood KS 66205-2005

(p)U S ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

United Fiber
1016 S Main St.
Maryville MO 64468-2636

United States SBA
District Counsel
220 West Douglas Ave.
Ste. 450
Wichita KS 67202-3137

University of Kansas
3901 Rainbow Blvd
attn: billing
Kansas City KS 66160-8500

Untied Electric Co-Op Inc.
401 US-71 Business
Savannah MO 64485-0000

Verizon Wireless
PO Box 650051
Dallas TX 75265-0051

Verizon Wireless Bankruptcy
500 Technology Drive, Ste. 550
Saint Charles MO 63304-2225

syncb/sam's
PO BOX 965005
Orlando FL 32896-5005

Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS 66062-1098

Susan Lee Catlett
6687 NW Sharp Rd
King City, MO 64463-9218

Terry Lee Catlett
6687 NW Sharp Rd
King City, MO 64463-9218

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascendium Education Solutions, Inc
PO Box 8961
Madison WI 53708-8961

Balboa Capital Corporation
575 Anton Blvd, 12th Floor
Costa Mesa CA 92626-0000

Caine & Weiner
PO Box 55848
Sherman Oaks CA 91411-0000

MOHELA
633 Spirit Drive
Chesterfield MO 63005-1243

NEBRASKA FURNITURE MART
PO BOX 3456
Omaha NE 68103-0456

US Attorney
400 East 9th Street
Room 5510
Kansas City MO 64106-0000

US Bank
PO Box 108
Saint Louis MO 63166-0108

US Bank
PO Box 3447
Oshkosh WI 54903-3447

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    68
Bypassed recipients     1
Total                  69